UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>V. )<br>)<br>RUTLEDGE FINANCIAL )<br>PARTNERS, LLC., and )<br>JOHNNY KENARD RUTLEDGE )<br>Defendant. ) | Case No. 3:25-cv-00471 |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, the United States of America, by and through its attorney, John Wright, for the Western District of North Carolina hereby sets forth its Complaint against Defendant(s), Rutledge Financial Partners, LLC. and Johnny Kenard Rutledge (herein after "Defendant(s)") and states as follows:

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury") on behalf of the U.S. Small Business Administration (hereinafter "SBA"). The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq.*).

3. Defendant, Rutledge Financial Partners, LLC. Is a business located in Matthews, North Carolina within the jurisdiction of this Court and may be served with service of process at 1013 Chestnut Lane, Ste. 130, Matthews, NC 28104.

4. Defendant, Johnny Kenard Rutledge is an individual located in Charlotte, North Carolina within the jurisdiction of this court and may be served with service of process at 5350 Pinehurst Park Drive, Apt. 103, Charlotte, NC 28211.

## COUNT 1

5. On July 7, 2022, the Debtor(s) executed a Promissory Note for $98,000.00 with interest accruing at variable rates, except as otherwise provided within the Promissory Note with Bayfirst National Bank, a National Banking Association (Lender). See Exhibit "**A**" attached hereto and incorporated herein.

6. On February 5, 2023, the Debtor(s) became delinquent on the aforementioned obligation, with a balance due of $95,949.88. Due to this delinquency, the SBA had to pay the guaranteed interest and became holder of the Promissory Note. See Exhibit "**B**" attached hereto and

incorporated herein. SBA referred the debt to Treasury on October 31, 2023.

7. On September 19, 2024 Treasury referred the debt to U.S. Department of Justice (hereinafter "DOJ") for litigation and collection in the amount of $95,949.88 with a daily interest of $26.94. As of January 27, 2025, the Debtor(s) became indebted to the United States in the following amounts:

### Debt #1– TRFM17268410

| | |
|---|---|
| Current Principal: | $ 95,949.88 |
| Current Interest (at 10.25%): | $ 14,065.20 |
| Admin Fees: | $ 37,427.81 |
| **TOTAL DUE (as of 1/27/2025)** | **$147,442.89** |

as set forth in the Certificate of Indebtedness prepared by the U.S. Department of the Treasury Bureau of Fiscal Service. See Exhibit "**C**" attached hereto and incorporated herein.

8. Plaintiff has made demand upon the Defendant(s) for the full amount of this claim, but the Defendant(s) has failed to make payment.

9. All conditions precedent to the commencement of this action have been performed by the Plaintiff.

WHEREFORE, the United States of America respectfully requests that this court enter a judgment again the Defendant(s) for TRFM17268410 in the amount of $147,442.89 plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. §1961 and that interest on the judgment be at the legal rate until paid in full. For all attorney's fees to the extent allowed by law; filing fee of $400.00 as permitted by 28 U.S.C. § 2412 (a)(2); and for such other relief which the Court deems proper.

> By: s/-John Wright
> John Wright
> NC Bar No. 54621
> Schuerger Law Group
> Private Counsel – U.S. Department of Justice
> 330 South Greene Street, Ste. 100
> Greensboro, NC 27401
> Phone: (336) 574-0200
> Email: jwright@schuergerlaw.com
>   efiling@schuergerlaw.com
> *Attorney for Plaintiff*

Dated: July 1, 2025